to the next case. W more seamlessly because n and move papers around. U bar council on the line. honors. Okay, we'll start am I pronouncing that righ Okay. So Mr Grotes, you r for rebuttal. So go ahead of uninterrupted time. Go may it please the court m be Grotes and I'm here. W home office representing petitioner is in his mid a green card holder since health concerns. His fami concerns. He has worked i for decades and is finall blight on his record is a currently today he is no of under new york state l have all been expunged. U a record of this offense. issues were compounded by of counsel. I think it's from the record that his clearly did not know what immigration law is incred he failed to fulfill the of being an immigration l before the court today is appeals denied his motion reason why they denied th was they said that the ev the motion to reopen was I believe that this uh op of Immigration Appeals is If every immigrant who wa assistance of counsel cou to reopen because that ev the prior council was jus to submit it, then no imm be able to file a motion ineffective assistance of motion to reopen based on of counsel would get deni to reopen that could exist based one where a new eve me. You have one minute l opposing counsel in their said that this court has consider the instant issu bar because it is a quest because under 12 52. Now, recently in Guerrero las P court does have jurisdict it does have jurisdiction of fact and law. And we w court that this case shoul additional briefing or th that they do have jurisdi the respondent is indeed the relief he seeks and s to spend the remaining yea he survives the covid 19 in the U. S. A. I'm sorry let's take a break and ju have any specific question Yeah, I uh you seem not t of the uh nub of the issu the I. J. Pointed out the to the applicant. I hear the argument that he was the proper application ha And yes, there never was honor. Um I um I think th issue. Um And although th here to testify, I believ he relied on counsel that this information and it i reassured him that he wou the job that he was paid didn't do it. When an ima he would, but the I. J. A at one point, maybe more it had not been done and to help counsel. I mean, right? Um so the no, he h attorney and the immigrat council was his son. Um, the appellate process. So attorney. Um, during in f judge, the immigration ju him to help his own counc fee, which council just c not dress an envelope, sig and put that application the envelope and mail it for the questions. All ri you'll think this is a ve and uh I'm still trying t there's there's a denial in january 2016. And then on May 17, 2016. And by t not represented by his so correct? Your honor. I ju record. I just, I just wa I give you the right to u that it's a confusing rec and at that time, this is in May of 2016 Hassan att a lot of Los auto ineffec Um, he submits an affidav in detail on his agreemen and the actions that his take that he'd uh informe of the allegations against also informed, as I recal uh, professional committe bar or within the state c regard to his concerns ab then and then he goes on then there's another appe 2017 and then February 20 reopened. And again, he a his earlier Los auto clai found deficient. Hadn't i your honor. His son, how he moves to reopen again of 2017, he's already los claim with regard to the who was not his son. Corr that question. I was a li sure confusion. I think r this whole thing. Um, wha to reopen in February of to raise an ineffective a claim, right? That's corre your honor. But he had al had the ineffective assist to his prior lawyer rejec I. J. And by the, by the of 2016. Had he not? Or w that? That is correct. Yo it's correct. So what, wh there new to present abou assistance account? I mea of this is that he claims just never submitted the i the I. J. Was asking for, correct? Your honor. And as May of 2016, he said, it's my lawyer's fault. to comply with Lozado and So what is the new stuff beyond this Lozado claim possibly come up with in of 2017. I think the, I t your question very direct that was needed with the and it was the bar compla lawyer. He basically move who should not have been his son who was technical zero experience with immi to an actual immigration much out. Go ahead. I'm s please go ahead. No, no, because you're, I shouldn you. I really apologize. lawyer who did a much, wh who did a much better job the new information about is that no, the new infor the bar complaint against and the application for re the trial judge was askin Okay. Um, let me just ask this line. This is judge I mean, the BIA notes tha dispute that since in or your client had been aware to file the appropriate a and supporting evidence. that has sounded yet to p and persuasive explanatio the filing of the present In other words, the perio And so you seem to be cha assistance of counsel. B uh, the client knew and t for why the amount of tim about that? Um, I think, a close characterization it's slightly different. I think the respondent or on his counsel. And I mea might be analogous to the before this court, where petitioner chose to repre the fact that the court h times that this is the st who is not an attorney de of times that they hear s unable to comply with the they haven't been to law haven't practiced or gone very, very difficult. If what the problem is, you law school. I mean, the f of people represent thems right? Uh, not well, unfo no access to free counsel of new york has set aside access to counsel. But, u court, it is very, very d Supreme Court has said is area of law next to tax l you've reserved two minute So let's we'll now hear f you on the line. I am. Go hear me? Yes. Good mornin This is Aaron Nelson. I'm in suburban Maryland, repr the attorney general. Um, outset, I would submit to government stands on all in our brief, including t the criminal alien bar to  emphasize something that line of questioning, you the heart of. And that is for review is limited to uh, sorry, july 2017 deci motion to reopen. And in board found the petitione meet the state simply did for reopening. And it als the standard for reconsid analysis. Um, as um, uh, I apologize. I haven't ma to the names. Two judges, presented evidence with t that's under review here. not new or previously unav evidence included the wai that is your honors menti two years ago, documents waivers, which included, um, his green card, which which include letters of who he's known for decade some clarification on the petitioner's prior counsel the Lozada compliance. Bu was new or previously und that the board, you know, an abusive discretion rev board acted well within i denied that motion. And u point for petitioner's co lurking here because the a bit convoluted lurking that uh, Mr Hassan's son him, um, he represented h uh, from the I. J. Decisi minute. Okay, thank you. He represented him on the denial of continuance. An a motion to remand based son, frankly, you know, d showing Lozada compliance happened is there was no  we can't really take a pe because that ship has sai difficult as it might be for petitioner to say wha to do was actually file, of counsel against his so there's obvious reasons w want necessarily to do th we have is basically a str denial of a motion to reo was not new or previously stop in just just 15 seco to do a look through for I would say that this is of case why we need to ad compliance in the first i reasons and also because there are serious problem even have Lozada complianc son. Um, but I'll, I'll r it for questions from the you. Judge winter. Do you questions? I don't have n So do I. I guess my quest is with respect to the so if, if, if Mr Hassan had not once but twice. Uh, o that should have been cle because it seems like the the problem was. Um, but son who didn't know how t uh, submission about the Um, what is he now free t to reopen based on the in of his son? Well, I, I wo we, if we were, if we cou a year or two, he could h a motion. But I would say to exhaust that before th waived any such claim now what should have happened as it would have been. An address the Lozada compli I would say, I would, I w to one point in this cont of Petitioners Council's was obvious on the, on th say we don't get there. B example, Mr Hassan's son to the attorney before th and I said that, uh, aler to the fact that we're fi decision, the council cla he didn't write back. Wel query as to whether an em to is proper service of a impugning someone's profe He didn't send a return r U. S. Postal Service. U. P to be signed. We've all s and transposed letters or to junk mail. So it's not the first council receive allegation. And I would a shows that while it was p the immigration court, on issues was Mr Hassan fail and I believe the penulti Mr Hassan failed to pay t So again, the reason why with strict Luzardo compl example, perhaps the firs to Mr Hassan, hey, I'm no waiver applications. Whil you've made, you know, yo $100,000, you've made sev your career, maybe a coupl haven't paid your taxes a resident. This is going t a discretionary grounds. I'm not going to file it. there's quite a bit of de judge and we just don't k strategy. Um, so anyway, Perhaps. But if there's i by the second lawyer on t of this, what's, what's t saying there's never a re I'm not sure what his, hi been to file a timely mot on ineffective assistance even in the motion, the m that he filed that we're most recent one. Um, you done that and he chose no wants to look back to som of council that happened, 7-6 years ago. And as you I don't know that he would I'm not sure what, you kn open that question to sti he would ask for remedy o against his son. All right will now hear from uh Mr minutes. So I think that of a court where was if t before an immigration cour if his case was remanded, be prosecuted for deporta violation no longer exist of new york state law. Su be true of a lot of peopl deported. But um, but wit failure to raise an ineff claim timely. Um, I mean, with this? I mean, you're me, you're really asserti two instances of ineffect by the original lawyer and son. Is that what you're it depends because the B. not allow for substantial this court does. Um, so i interpretation of complia The B. A. Has a stricter requires all, all, all of to be met to make a succe of counsel claim. And thi from that and said the su is necessary. So under th test, an email is suffici puts former counsel on no against him. And that's a lot of seeks to do is to and say specifically what was there? Um, to, to, um And I think opposing coun that a five year delay or for filing an application which surely would have b at the heart of this is a possession. And on the al tremendous equity that th and to say that it wouldn the failure to file an ap which had a very good chan a point of strategy is ab other questions from Judge Well, I know and this is I'm, I'm pondering this u about failure to pay taxe a lot of the confusion in counsel for Hassan care t I do not, um, I do not kn that the petitioner's tax I can submit a letter to make a representation to whether the petitioner ha Well, has he, has he, has application? Um, have you application to pay taxes o deportation? Really from he filed an application f the second motion to reope All right. So Mr Brotus a